## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
7542 Beverly Rd
Philadelphia, PA 19138
US

| | |
|---|---|
| **Employee Number** | 283000 |
| **Department** | OHR Office of Human Resources |
| **Location** | Municipal Services Building, 15th Floor |
| **Payperiod Ending** | 2023/11/26 |
| **Date Payable** | 2023/12/01 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 63.20 | 1,681.05 |
| Excused Time | 5.00 | 133.00 |
| Holiday Cash | 7.50 | 199.49 |
| Longevity Pay | 0.00 | 24.27 |
| Legal Aid | 0.00 | 15.00 |
| **Gross Current Earnings** | | **2,052.81** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 733.49 |
| Social Security | 125.62 | 2,971.03 |
| Medicare | 29.38 | 694.84 |
| PA State Tax | 62.20 | 1,471.15 |
| Philadelphia | 76.98 | 1,826.33 |
| PA Unemployment | 1.41 | 33.54 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 505.78 |
| Def Comp Flat | 50.00 | 1,200.00 |
| Pen_Plan Y9 | 104.54 | 2,475.02 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,052.81 | 48,425.69 |
| Net Earnings | 1,473.82 | 34,622.74 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 360.00 |
| Union Dues | 33.02 | 792.48 |
| Deferred Comp Loan | 39.22 | 559.29 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| **Admin Leave** (Expires 30-Jun-2024) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.25 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 11.40 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 333.41 |
| Special Comp | 0.00 |
| Vacation | 303.21 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 2,475.02 | 17,186.82 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Payslip**
Earnings and Deductions

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
**7542 Beverly Rd**
**Philadelphia, PA 19138**
**US**

| | |
|---|---|
| **Employee Number** | 283000 |
| **Department** | OHR Office of Human Resources |
| **Location** | Municipal Services Building, 15th Floor |
| **Payperiod Ending** | 2023/12/10 |
| **Date Payable** | 2023/12/15 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 76.00 | 2,220.10 |
| Certified Fam Sick | 0.70 | 20.45 |
| Holiday Comp Taken | 0.50 | 14.61 |
| Longevity Pay | 0.00 | 24.75 |
| **Gross Current Earnings** | | **2,279.91** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 733.49 |
| Social Security | 139.71 | 3,110.74 |
| Medicare | 32.67 | 727.51 |
| PA State Tax | 69.18 | 1,540.33 |
| Philadelphia | 85.50 | 1,911.83 |
| PA Unemployment | 1.58 | 35.12 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 26.62 | 532.40 |
| Def Comp Flat | 50.00 | 1,250.00 |
| Pen_Plan Y9 | 116.96 | 2,591.98 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,279.91 | 50,705.60 |
| Net Earnings | 1,703.47 | 36,326.21 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 375.00 |
| Union Dues | 0.00 | 792.48 |
| Deferred Comp Loan | 39.22 | 598.51 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| **Admin Leave** (Expires 30-Jun-2024) | 37.50 |
| Comp Time | 1.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 10.90 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 332.71 |
| Special Comp | 0.00 |
| Vacation | 303.21 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 2,591.98 | 17,303.78 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
7542 Beverly Rd
Philadelphia, PA 19138
US

| | |
|---|---|
| Employee Number | 283000 |
| Department | OHR Office of Human Resources |
| Location | Municipal Services Building, 15th Floor |
| Payperiod Ending | 2023/12/24 |
| Date Payable | 2023/12/29 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---:|---:|
| Time Entry Wages | 73.20 | 2,138.30 |
| Excused Time | 2.00 | 58.43 |
| Holiday Comp Taken | 0.80 | 23.37 |
| Longevity Pay | 0.00 | 24.36 |
| **Gross Current Earnings** | | **2,244.46** |

| Taxes | Current | YTD |
|---|---:|---:|
| Federal Tax | 37.53 | 771.02 |
| Social Security | 135.15 | 3,245.89 |
| Medicare | 31.61 | 759.12 |
| PA State Tax | 66.92 | 1,607.25 |
| Philadelphia | 84.17 | 1,996.00 |
| PA Unemployment | 1.53 | 36.65 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---:|---:|
| Medical | 38.00 | 38.00 |
| Med Ded Pretax | 26.62 | 559.02 |
| Def Comp Flat | 50.00 | 1,300.00 |
| Pen_Plan Y9 | 115.14 | 2,707.12 |

| Total Earnings | Current | YTD |
|---|---:|---:|
| Gross Earnings | 2,244.46 | 52,950.06 |
| Net Earnings | 1,597.09 | 37,923.30 |

| Post Tax Deductions | Current | YTD |
|---|---:|---:|
| Def Comp Flat Roth | 15.00 | 390.00 |
| Life Ins Dep | 0.81 | 0.81 |
| Critical Ill Ins | 5.67 | 5.67 |
| Deferred Comp Loan | 39.22 | 637.73 |
| Union Dues | 0.00 | 792.48 |

| Accruals | Net Entitlement |
|---|---:|

*The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.*

| | |
|---|---:|
| Admin Leave (Expires 30-Jun-2024) | 37.50 |
| Comp Time | 1.30 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 10.10 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 342.08 |
| Special Comp | 0.00 |
| Vacation | 312.58 |

| Pension Plan | YTD | LTD |
|---|---:|---:|
| Plan Y | 2,707.12 | 17,418.92 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

CITY OF PHILADELPHIA

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
**7542 Beverly Rd**
**Philadelphia, PA 19138**
**US**

| | |
|---|---|
| **Employee Number** | 283000 |
| **Department** | OHR Office of Human Resources |
| **Location** | Municipal Services Building, 15th Floor |
| **Payperiod Ending** | 2024/01/07 |
| **Date Payable** | 2024/01/12 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 57.50 | 1,679.68 |
| Excused Time | 3.00 | 87.64 |
| Holiday Cash | 15.00 | 438.18 |
| Longevity Pay | 0.00 | 24.20 |
| **Gross Current Earnings** | | **2,229.70** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 33.58 | 33.58 |
| Social Security | 133.06 | 133.06 |
| Medicare | 31.12 | 31.12 |
| PA State Tax | 65.89 | 65.89 |
| Philadelphia | 83.61 | 83.61 |
| PA Unemployment | 1.50 | 1.50 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 56.92 |
| Med Ded Pretax | 26.62 | 26.62 |
| Def Comp Flat | 50.00 | 50.00 |
| Pen_Plan Y9 | 114.38 | 114.38 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,229.70 | 2,229.70 |
| Net Earnings | 1,572.32 | 1,572.32 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 15.00 |
| Life Ins Dep | 0.81 | 0.81 |
| Critical Ill Ins | 5.67 | 5.67 |
| Deferred Comp Loan | 39.22 | 39.22 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| **Admin Leave** (Expires 30-Jun-2024) | 37.50 |
| Comp Time | 1.30 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 10.10 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 342.08 |
| Special Comp | 0.00 |
| Vacation | 312.58 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 114.38 | 17,533.30 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
7542 Beverly Rd
Philadelphia, PA 19138
US

| | |
|---|---|
| Employee Number | 283000 |
| Department | OHR Office of Human Resources |
| Location | Municipal Services Building, 15th Floor |
| Payperiod Ending | 2024/01/21 |
| Date Payable | 2024/01/26 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 65.60 | 1,916.30 |
| Excused Time | 0.50 | 14.61 |
| Holiday Comp Taken | 1.90 | 55.51 |
| Holiday Cash | 7.50 | 219.09 |
| Longevity Pay | 0.00 | 24.20 |
| **Gross Current Earnings** | | **2,229.71** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 33.58 | 67.16 |
| Social Security | 133.06 | 266.12 |
| Medicare | 31.12 | 62.24 |
| PA State Tax | 65.89 | 131.78 |
| PA Unemployment | 1.50 | 3.00 |
| Philadelphia | 83.61 | 167.22 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 113.84 |
| Med Ded Pretax | 26.62 | 53.24 |
| Def Comp Flat | 50.00 | 100.00 |
| Pen_Plan Y9 | 114.38 | 228.76 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,229.71 | 4,459.41 |
| Net Earnings | 1,572.33 | 3,144.65 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 30.00 |
| Life Ins Dep | 0.81 | 1.62 |
| Critical Ill Ins | 5.67 | 11.34 |
| Deferred Comp Loan | 39.22 | 78.44 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| **Admin Leave** (Expires 30-Jun-2024) | 37.50 |
| Comp Time | 1.30 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 8.20 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 351.46 |
| Special Comp | 0.00 |
| Vacation | 321.96 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 228.76 | 17,647.68 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Marisa Tennessee**
7542 Beverly Rd
Philadelphia, PA 19138
US

| | |
|---|---|
| Employee Number | 283000 |
| Department | OHR Office of Human Resources |
| Location | Municipal Services Building, 15th Floor |
| Payperiod Ending | 2024/02/04 |
| Date Payable | 2024/02/09 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.10 | 2,193.83 |
| Longevity Pay | 0.00 | 24.08 |
| **Gross Current Earnings** | | **2,217.91** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 32.24 | 99.40 |
| Social Security | 132.34 | 398.46 |
| Medicare | 30.95 | 93.19 |
| PA State Tax | 65.53 | 197.31 |
| Philadelphia | 83.17 | 250.39 |
| PA Unemployment | 1.50 | 4.50 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 170.76 |
| Med Ded Pretax | 26.62 | 79.86 |
| Def Comp Flat | 50.00 | 150.00 |
| Pen_Plan Y9 | 113.78 | 342.54 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,217.91 | 6,677.32 |
| Net Earnings | 1,564.16 | 4,708.81 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 15.00 | 45.00 |
| Life Ins Dep | 0.81 | 2.43 |
| Critical Ill Ins | 5.67 | 17.01 |
| Deferred Comp Loan | 39.22 | 117.66 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| Admin Leave (Expires 30-Jun-2024) | 37.50 |
| Comp Time | 1.30 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 8.20 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 351.46 |
| Special Comp | 0.00 |
| Vacation | 321.96 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y | 342.54 | 17,761.46 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**