United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marisa Elizabeth Tennessee  
    Debtor

Case No. 24-10580-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marisa Elizabeth Tennessee, 6630 N 2nd Street, Philadelphia, PA 19126-3147 |
| 14902889 | | Ally Bank, Payment Processing Center, PO Box 660618, Dallas TX 75266-0618 |
| 14861231 | + | Cohen Marraccini, LLC, Jenel R. Marraccini, Esq., 660 2nd Street Pike, Southampton, PA 18966-3941 |
| 14861243 | + | Melrose Park Manor, 210 W Cheltenham Ave, Philadelphia, PA 19126-3198 |
| 14861250 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14861253 | + | RentReporters, Attn: Bankruptcy, P.O. Box 2637, Pasadena, CA 91102-2637 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 16 2024 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2024 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14858706 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 16 2024 23:44:49 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863088 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 16 2024 23:44:33 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861225 | | Email/Text: ally@ebn.phinsolutions.com | Aug 16 2024 23:28:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14861229 | | Email/Text: megan.harper@phila.gov | Aug 16 2024 23:29:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14861236 | | Email/Text: bankruptcy@creditkarma.com | Aug 16 2024 23:28:00 | Credit Karma/Credit Builder, Attn: Bankruptcy 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 14861226 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2024 23:33:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14861227 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 16 2024 23:44:35 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14861832 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 16 2024 23:44:33 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14861228 | ^ | MEBN | Aug 16 2024 23:26:28 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14861230 | | Email/Text: bankruptcy@philapark.org | Aug 16 2024 23:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

Case 24-10580-amc   Doc 29   Filed 08/18/24   Entered 08/19/24 00:33:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14861232 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2024 23:28:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14861233 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2024 23:28:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14861234 | ^ | MEBN | Aug 16 2024 23:26:16 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14861235 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 16 2024 23:29:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14861237 | | Email/Text: mrdiscen@discover.com | Aug 16 2024 23:28:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14861238 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 16 2024 23:29:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14861239 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 16 2024 23:28:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 14861240 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2024 23:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14861241 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2024 23:29:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 14877424 | | Email/Text: BNCnotices@dcmservices.com | Aug 16 2024 23:28:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14862231 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2024 23:34:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14861242 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2024 23:33:37 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14861244 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2024 23:29:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14861245 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 16 2024 23:29:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14861246 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 16 2024 23:29:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14866566 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 16 2024 23:29:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14861247 | | Email/Text: fesbank@attorneygeneral.gov | Aug 16 2024 23:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14877000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:44:42 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14861252 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2024 23:44:35 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14861248 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2024 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14861249 | ^ | MEBN | Aug 16 2024 23:26:42 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14861251 | | Email/Text: bankruptcy@philapark.org | Aug 16 2024 23:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14880219 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2024 23:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

| 14868340 | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2024 23:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14861254 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 16 2024 23:44:34 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14861255 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 16 2024 23:29:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14861256 | ^ MEBN | Aug 16 2024 23:26:33 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14861257 | Email/Text: bknotice@upgrade.com | Aug 16 2024 23:28:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14861258 | Email/Text: bankruptcy@uscbcorporation.com | Aug 16 2024 23:28:00 | USCB Corporation, 761 Scranton Carbondale Hwy # 6, Eynon, PA 18403-1021 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Marisa Elizabeth Tennessee help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :         Chapter 13

Marisa Elizabeth Tennessee

                Debtor(s)                           :         Bky. No.  24-10580-amc

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: August 16, 2024

                                                               **ASHELY M. CHAN**
                                                               **CHIEF U.S. BANKRUPTCY JUDGE**